1  **SODW**
   McCormick, Barstow, Sheppard,
2  Wayte & Carruth LLP
   Gordon M. Park
3  Nevada Bar No. 7124
   Jonathan W. Carlson
4  Nevada Bar No. 10536
   8337 West Sunset Road, Suite 350
5  Las Vegas, Nevada 89113
   Telephone:  (702) 949-1100
6  Facsimile:  (702) 949-1101

7  Attorneys for Defendant
   American Automobile Association of Northern
8  California, Nevada & Utah (erroneously sued as
   American Automobile Association of Northern
9  California, Nevada & Utah aka AAA Nevada
   Insurance Company AAA Insurance)

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JONI LeGALLEY, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>CSAA GENERAL INSURANCE COMPANY a Foreign Entiity aka AAA NEVADA INSURANCE COMPANY aka AAA INSURANCE; AMERICAN AUTOMOBILE ASSOCIATION OF NORTHERN CALIFORNIA, NEVADA & UTAH aka AAA NEVADA INSURANCE COMPANY AAA INSURANCE; a Foreign Entity; and ROES I through X,<br><br>    Defendants. | Case No. 2:17-cv-01232-JAD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT AMERICAN AUTOMOBILE ASSOCIATION OF NORTHERN CALIFORNIA, NEVADA & UTAH, ONLY**<br><br>ECF No. 25 |

IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice, as to Defendant American Automobile Association of Northern California, Nevada & Utah, only.

. . .

. . .

IT IS HEREBY STIPULATED Plaintiff and Defendant American Automobile Association of Northern California, Nevada & Utah will bear their own costs and attorneys' fees as to each other.

IT IS HEREBY STIPULATED that this stipulation does not settle, release or affect any claims against remaining parties.

DATED this 8th day of December, 2017

MINCIN LAW, PLLC

By /s/ *David Mincin*
David Mincin
Nevada Bar No. 5427
7465 West Lake Mead Boulevard, Suite 100
Las Vegas, Nevada 89128
Tel. (702) 852-1957

Attorneys for Plaintiff
Joni LeGalley

DATED this 8th day of December, 2017

RANALLI ZANIEL FOWLER & MORAN, LLC

By /s/ *Benjamin J. Carman*
Benjamin J. Carman
Nevada Bar No. 12565
2400 West Horizon Ridge Parkway
Henderson, Nevada 89052
Tel. (702) 477-7774

Attorneys for Defendant
CSAA General Insurance Company

**ORDER**

Based on the parties' stipulation [ECF No. 25] and good cause appearing, IT IS HEREBY ORDERED that **all claims against defendant American Automobile Association of Northern California, Nevada & Utah are DISMISSED**, each party to bear its own fees and costs.

_____
U.S. District Judge Jennifer Dorsey
December 8, 2017