**GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
**BENJAMIN J. CARMAN, ESQ.**
Nevada Bar No. 012565
**RANALLI ZANIEL FOWLER & MORAN, LLC**
2400 W. Horizon Ridge Parkway
Henderson, Nevada 89052
ranalliservice@ranallilawyers.com
Attorney for Defendant,
*CSAA GENERAL INSURANCE COMPANY*

**UNITED STATES DISTRICT COURT**

**DISTRICT COURT OF NEVADA**

| | |
|---|---|
| **JONI LeGALLEY, an individual,**<br><br>Plaintiff,<br><br>v.<br><br>**CSAA GENERAL INSURANCE COMPANY a Foreign Entity aka AAA NEVADA INSURANCE COMPANY aka AAA INSURANCE; AMERICAN AUTOMOBILE ASSOCIATION OF NORTHERN CALIFORNIA, NEVADA & UTAH, aka AAA NEVADA INSURANCE COMPANY AAA INSURANCE; a Foreign Entity; and ROES I through X,**<br><br>Defendants. | 2:17-CV-01232-JAD-VCF |

**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**

**(SECOND REQUEST)**

IT IS HEREBY STIPULATED AND AGREED by Plaintiff, JONI LeGALLEY, and Defendant, CSAA GENERAL INSURANCE COMPANY a Foreign Entity aka AAA NEVADA INSURANCE COMPANY aka AAA INSURANCE, hereinafter CSAA GENERAL INSURANCE COMPANY to Extend Discovery Deadlines by ninety days.

1

**A. STATEMENT SPECIFYING THE DISCOVERY COMPLETED:**

1. Plaintiff's initial disclosures pursuant to FRCP 26;

2. Defendant American Automobile Association of Northern California, Nevada & Utah disclosures pursuant to FRCP 26;

3. Defendant CSAA General Insurance Company a foreign entity disclosures pursuant to FRCP 26; (to be disclosed this week);

4. Plaintiff's Request for Production of Documents to American Automobile Association of Northern California, Nevada & Utah;

5. Defendant American Automobile Association of Northern California, Nevada & Utah Response to Plaintiff's Request for Production of Documents;

6. Defendant American Automobile Association of Northern California, Nevada & Utah First Supplemental Response to Plaintiff's Request for Production of Documents;

7. Plaintiff's Request for Production of Documents to CSAA General Insurance Company;

8. Defendant CSAA General Insurance Company Response to Plaintiff's Request for Production of Documents;

9. Plaintiff's first supplemental disclosures pursuant to FRCP 26;

10. Defendant CSAA General Insurance Company a foreign entity first supplemental disclosures pursuant to FRCP

2

26;

11. Defendant CSAA General Insurance Company a foreign entity second supplemental disclosures pursuant to FRCP 26;

12. Plaintiff's Responses to Defendant, CSAA's Request for Admissions;

13. Plaintiff's Responses to Defendant, CSAA's Interrogatories;

14. Plaintiff's Responses to Defendant, CSAA's Request for Production of Documents;

15. Plaintiff's Expert Witness Disclosures;

16. Defendant's Designation of Expert Witnesses and Documents;

17. Defendant's First Supplemental Designation of Expert Witnesses and Documents;

**B. A SPECIFIC DESCRIPTION OF THE DISCOVERY THAT REMAINS TO BE COMPLETED:**

Defendant, CSAA will scheduling the depositions of the Plaintiff, along with the depositions of Plaintiff's treating providers and potential witnesses. Plaintiff will be scheduling the deposition of Defendant's Rule 30(b)(6) witness and adjuster on the file. Plaintiff intends to take the depositions of Defendant's expert(s).

///

///

3

## C. REASONS WHY DISCOVERY HAS NOT BEEN COMPLETED WITHIN THE TIME LIMITS SET BY THE DISCOVERY ORDER.

Both parties have been working diligently to complete all discovery in a timely manner. However, parties have been having trouble getting dates from doctors within a reasonable time frame for depositions. This was despite efforts beyond two months to obtain dates that would accommodate the schedules of the doctors and counsel, and was not the result of any last minute scheduling efforts.

Further, Plaintiff's counsel has been in and out of state for a trial and will be continuing to travel in and out for state for trial throughout February, March, and April.

The parties believe that a ninety day extension will allow both parties to complete all remaining discovery and resolve all the issues they have been having with scheduling conflicts as well.

## D. PROPOSED SCHEDULE FOR COMPLETING DISCOVERY:

The parties have agued to the following modified deadlines:

| | | |
|---|---|---|
| Discovery Cut off: | 01/19/2018 | 04/19/2018 |
| Expert Disclosure: | 11/20/2017 | CLOSED |
| Rebuttal of Experts: | 12/20/2018 | CLOSED |
| Interim Status Report: | 11/20/2017 | CLOSED |
| Dispositive Motions: | 02/19/2018 | ~~03/21/2018~~ 5-21-2018 |
| Pre Trial Order: | 03/21/2018 | ~~04/20/2018~~ 6-20-2018 |

4

**F. SAID REQUEST IS NOT BEING MADE FOR PURPOSES OF UNDULY DELAYING DISCOVERY OR THE TRIAL OF THIS MATTER.**

Dated: January 18th, 2018          Dated: January 18th, 2018

RANALLI ZANIEL FOWLER & MORAN, LLC          MINCIN LAW, PLLC

*/s/ Benjamin J. Carman*          *s/ David Mincin*
GEORGE M. RANALLI, ESQ.          DAVID MINCIN, ESQ.
Nevada Bar No. 5748               Nevada Bar No. 5427
BENJAMIN J. CARMAN, ESQ.          CHRISTOPHER G. GELLNER, ESQ.
Nevada Bar No. 12565              Nevada Bar No. 2556
2400 W. Horizon Ridge Parkway     7465 W. Lake Mead Boulevard, #100
Henderson, Nevada 89052           Las Vegas, Nevada 89128
Attorneys for Defendant           Attorney for Plaintiff
*CSAA GENERAL INSURANCE COMPANY*

**ORDER**

IT IS SO ORDERED:

Dated: 1-18-2018

_____
UNITED STATES MAGISTRATE JUDGE